# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Brown v City of Chicago et al

Case Number: 25-CV-02532

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Adam Brown

Attorney name (type or print): Hallie M. Bezner

Firm: Bezner Law Office

Street address: 121 N. Marion St., Suite 200

City/State/Zip: Oak Park, IL 60301

Bar ID Number: 6305483
(See item 3 in instructions)

Telephone Number: 312-967-6000

Email Address: hallie@beznerlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/11/2025

Attorney signature: S/Hallie M. Bezner
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023